**Motion Denied; Order filed May 19, 2016.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-15-00658-CR
_____

**LAURA LEA KOLB, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 405th District Court
Galveston County, Texas
Trial Court Cause No. 14CR3253**

---

## ORDER

Appellant is represented by appointed counsel, Mark W. Stevens. Appellant's brief was originally due February 15, 2016. We have granted a total of 90 days' extension to file appellant's brief until May 11, 2016. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On May 12, 2016, counsel filed a further request

for extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and issue the following order.

We order Mark W. Stevens to file a brief with the clerk of this court on or before June 10, 2016. If counsel does not timely file appellant's brief as ordered, the court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Brown.